IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Darryl T. Cook,<br><br>      Petitioner,<br><br>v.<br><br>Warden of Broad River Correctional Institution,<br><br>      Respondent. | C/A No. 0:15-02987-JFA<br><br><br>**ORDER** |

On August 17, 2016, this Court issued an Order adopting the Report and Recommendation as prepared by the Magistrate Judge and accordingly granted the Respondent's motion for Summary Judgment. (ECF No. 50). Petitioner had not filed any objections to the Report and Recommendation prior to the issuance of that Order.

Subsequently, Petitioner moved this Court for an extension of time in which to file objections to the Magistrate Judge's Report and Recommendation. Petitioner has cited to a serious medical injury that led to a prolonged hospital stay, along with a subsequent relocation of correctional institutes, which caused his failure to respond. (ECF No. 53, 54). Taking these claims at face value, this Court finds it prudent to **VACATE** its previous order adopting the Report and Recommendation without objection and allow the Petitioner adequate time to file any objections he may have. Petitioner will have 14 days from the entry of this order in which to file objections to the Report and Recommendation.

      IT IS SO ORDERED.

September 19, 2016                              Joseph F. Anderson, Jr.
Columbia, South Carolina                  United States District Judge