IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Darryl T. Cook,<br><br>   Petitioner,<br><br>v.<br><br>Warden of Broad River Correctional Institution,<br><br>   Respondent. | C/A No. 0:15-02987-JFA<br><br><br>**ORDER** |

On October 25, 2016, this Court issued an Order adopting the Report and Recommendation as prepared by the Magistrate Judge and accordingly granted the Respondent's motion for Summary Judgment. (ECF No. 59). Petitioner had not filed any objections to the Report and Recommendation prior to the issuance of that Order.

Subsequently, Petitioner moved this Court for an extension of time in which to file objections to the Magistrate Judge's Report and Recommendation. Petitioner stated that his failure to respond was caused by a serious medical injury that led to a prolonged hospital stay, subsequent relocation of correctional institutes, a delay in receiving his legal documents, and a prison "lock-down" put in place due to a recent hurricane placing South Carolina in a state of emergency. (ECF No. 62). Taking these claims at face value, this Court finds it prudent to **VACATE** its previous order adopting the Report and Recommendation without objection and allow the Petitioner adequate time to file any objections he may have. Petitioner will have 30 days from the entry of this order in which to file objections to the Report and Recommendation.

IT IS SO ORDERED.

October 31, 2016  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge

2